IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Shirley Fisher, | C/A No.: 3:11-1115-MBS-SVH |
| Plaintiff, | |
| v. | ORDER RELIEVING COUNSEL |
| Westinghouse Electric Company, LLC, | |
| Defendant. | |

This matter comes before the court upon the motion [Entry #48] of Westinghouse Electric Company, LLC ("Westinghouse") requesting that Benjamin R. Holland be relieved as pro hac vice counsel for Westinghouse. The motion states that Attorney Holland has left the law firm of McGuireWoods LLP and therefore no longer represents Westinghouse. The court grants the motion. Attorneys Robert A. Muckenfuss and pro hac vice counsel Austin F. Breen of McGuireWoods LLP will continue representing Westinghouse.

The clerk is instructed to remove Benjamin R. Holland as counsel of record for Westinghouse in these proceedings.

IT IS SO ORDERED.

March 9, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge